IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACQUELINE SCOTT,         )<br>    Plaintiff,                            )<br>                                          )<br>v.                                       )<br>                                          )<br>FUNDAMENTAL PROVISIONS, LLC,  )<br>d/b/a Popeye's Chicken,          )<br>    Defendant.                        ) | CIVIL ACTION NO. 10-0019-KD-N |

## ORDER

The matter is before the Court on the "Notice of Automatic Stay" filed by Defendant Fundamental Provisions, LLC, d/b/a Popeye's Chicken, in light of its involuntary petition for bankruptcy filed in the Middle District of Louisiana.  (Doc. 42).

The Court's review of the docket of the U.S. Bankruptcy Court for the Middle District of Louisiana indicates that said Defendant filed a Chapter 11 Involuntary Petition for Bankruptcy on January 13, 2012 (Case #12-10048).  Pursuant to 11 U.S.C. § 362, this filing operates as an automatic stay of this action against Defendant Fundamental Provisions, LLC, d/b/a Popeye's Chicken.  Accordingly, it is **ORDERED** that all proceedings in this action against Defendant Fundamental Provisions, LLC, d/b/a Popeye's Chicken are hereby **STAYED** pending further Order of this Court.

**DONE** and **ORDERED** this the **26**th of **January 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**